# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **DAVID BASS on Behalf of Himself and All Others Similarly Situated,** ) | CASE NO. 3:18-cv-1391 |
| ) | |
| **Plaintiff,** ) | JUDGE JAMES G. CARR |
| ) | |
| ) | MAGISTRATE JUDGE JAMES R. KNEPP, II |
| **v.** ) | |
| ) | |
| ) | |
| **CARDINAL COMPLIANCE CONSULTANTS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR LEAVE FOR ADMISSION *PRO HAC VICE* OF JOHN NEUMAN

Pursuant to Local Rule 83.5(h), Plaintiff David Bass, through the undersigned counsel, respectfully moves the Court for an order granting admission *pro hac vice* of John Neuman of Sosa-Morris Neuman, PLLC for the purpose of appearing as counsel on behalf of Plaintiff David Bass. Mr. Neuman is a member in good standing of the Bar of the State of Texas (admitted November 2, 2012, Texas Bar Number 24083560).

Mr. Neuman is not now, nor has he ever been, suspended or disbarred from the practice of law in any court, department, bureau, or commission of any State or the United States. He has also not received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Mr. Neuman relevant contact information is:

John Neuman
Sosa-Morris Neuman, PLLC
5612 Chaucer Drive
Houston, TX 77005
jneuman@smnlawfirm.com
Phone: 281-885-8630

Fax:  281-885-8813

Pursuant to Local Rule 83.5(h), a Certificate of Good Standing attesting to his current good standing is attached to this Motion as Exhibit A.

    Respectfully submitted,

    */s/Chris P. Wido*
    Chris P. Wido (0090441)
    **THE SPITZ LAW FIRM, LLC**
    25200 Chagrin Road, Suite 200
    Beachwood, Ohio 44122
    Phone: (216) 291-4744
    Fax: (216) 291-5744
    Email: chris.wido@spitzlawfirm.com

    *Local Counsel For Plaintiff David Bass*