# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID BASS on Behalf of Himself and All Others Similarly Situated,** | ) ) | **CASE NO.  3:18-cv-1391** |
| | ) | |
| **Plaintiff,** | ) ) | **JUDGE JAMES G. CARR** |
| | ) | |
| **v.** | ) ) | **MAGISTRATE JUDGE JAMES R. KNEPP, II** |
| | ) | |
| | ) | |
| **CARDINAL COMPLIANCE CONSULTANTS, LLC,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR LEAVE FOR ADMISSION PRO HAC VICE OF BEATRIZ SOSA-MORRIS

Pursuant to Local Rule 83.5(h), Plaintiff David Bass, through the undersigned counsel, respectfully moves the Court for an order granting admission *pro hac vice* of Beatriz Sosa-Morris of Sosa-Morris Neuman, PLLC for the purpose of appearing as counsel on behalf of Plaintiff David Bass.  Ms. Sosa-Morris is a member in good standing of the Bar of the State of Texas (admitted May 6, 2011, Texas Bar Number 24076154).

Ms. Sosa-Morris is not now, nor has she ever been, suspended or disbarred from the practice of law in any court, department, bureau, or commission of any State or the United States. She has also not received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Ms. Sosa-Morris's relevant contact information is:

Beatriz Sosa-Morris
Sosa-Morris Neuman, PLLC
5612 Chaucer Drive
Houston, TX 77005
bsosamorris@smnlawfirm.com
Phone:  281-885-8844

Fax:  281-885-8813

Pursuant to Local Rule 83.5(h), a Certificate of Good Standing attesting to her current good

standing is attached to this Motion as Exhibit A.

Respectfully submitted,

*/s/Chris P. Wido*
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Road, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Local Counsel For Plaintiff David Bass*