**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| David Bass on Behalf of Himself and All Others Similarly Situated, | ) | Case No. 3:18-cv-01391 |
| | ) | JUDGE JAMES G. CARR |
| Plaintiff, | ) | |
| | ) | **MOTION TO ADMIT MARK D. TEMPLE _PRO HAC VICE_** |
| -vs- | ) | |
| Cardinal Compliance Consultants, LLC | ) | Local Counsel for Defendant: |
| | ) | Carl E. Habekost, Esq. (0043920) |
| Defendant. | ) | Elizabeth L. Bolduc, Esq. (0096901) |
| | | BUGBEE & CONKLE, LLP |
| | ) | 405 Madison Avenue, Suite 1900 |
| | | Toledo, Ohio 43604 |
| | ) | Telephone:    (419) 244-6788 |
| | | Facsimile:     (419) 244-7145 |
| | ) | chabekost@bugbeelawyers.com |
| | | ebolduc@bugbeelawyers.com |

***

Cardinal Compliance Consultants, LLC, by and through its undersigned local counsel, hereby moves this court for an order pursuant to Local Rule 83.5(h) admitting herein, on a _Pro Hac Vice_ basis, attorney Mark D. Temple to serve along with the undersigned as counsel for Cardinal Compliance Consultants, LLC.

Mr. Temple is a member in good standing with the Bar of the State of Texas, (admitted November 3, 1995, Texas Bar Number 00794727).  Mr. Temple has not been disbarred, suspended or reprimanded from practice of law in any court, department,

bureau or commission of any state of the United States.  Attached is a Certificate of Good

Standing from the Supreme Court of Texas.

Mr. Temple's contact information is:

Mark D. Temple
ReedSmith
811 Main Street, Suite 1700
Houston, TX 77002
mtemple@reedsmith
Phone:  713-469-3800
Fax:  713-469-3899


BUGBEE & CONKLE, LLP


By  /s/ Carl E. Habekost
      Carl E. Habekost
      Local Counsel for Defendant
      Cardinal Compliance Consultants, LLC


BUGBEE & CONKLE, LLP


By  /s/ Elizabeth L. Bolduc
      Elizabeth L. Bolduc
      Local Counsel for Defendant
      Cardinal Compliance Consultants, LLC

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 10th day of July, 2018, a copy of the foregoing Motion to Admit Mark D. Temple *Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BUGBEE & CONKLE, LLP


By _/s/ Carl E. Habekost_____
       Carl E. Habekost
       Local Counsel for Defendant
       Cardinal Compliance Consultants, LLC

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Mark D. Temple**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1995.

I further certify that the records of this office show that, as of this date

**Mark D. Temple**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of July, 2018.

BLAKE HAWTHORNE, Clerk



Clerk, Supreme Court of Texas

No. 5644C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.