# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| David Bass on Behalf of Himself and All Others Similarly Situated, ) | Case No. 3:18-cv-01391 |
| ) | |
| Plaintiff, ) | JUDGE JAMES G. CARR |
| ) | |
| -vs- ) | **MOTION TO ADMIT PAIGE T. BENNETT *PRO HAC VICE*** |
| ) | |
| Cardinal Compliance Consultants, LLC ) | Local Counsel for Defendant: |
| ) | Carl E. Habekost, Esq. (0043920) |
| Defendant. ) | Elizabeth L. Bolduc, Esq. (0096901) |
| ) | BUGBEE & CONKLE, LLP |
| ) | 405 Madison Avenue, Suite 1900 |
| ) | Toledo, Ohio 43604 |
| ) | Telephone: (419) 244-6788 |
| ) | Facsimile: (419) 244-7145 |
| ) | chabekost@bugbeelawyers.com |
| | ebolduc@bugbeelawyers.com |
| *** | |

Cardinal Compliance Consultants, LLC, by and through its undersigned local counsel, hereby moves this court for an order pursuant to Local Rule 83.5(h) admitting herein, on a *Pro Hac Vice* basis, attorney Paige T. Bennett to serve along with the undersigned as counsel for Cardinal Compliance Consultants, LLC.

Ms. Bennett is a member in good standing with the Bar of the State of Texas, (admitted November 6, 2015, Texas Bar Number 24097366) and is also admitted to the Bar of the State of California, (admitted December 17, 2012, California Bar Number 288009). Ms. Bennett has not been disbarred, suspended or reprimanded from practice

-2-

of law in any court, department, bureau or commission of any state of the United States.

Attached is a Certificate of Good Standing from the Supreme Court of Texas.

    Ms. Bennett's contact information is:

Paige T. Bennett
ReedSmith
811 Main Street, Suite 1700
Houston, TX 77002
pbennett@reedsmith
Phone: 713-469-3800
Fax: 713-469-3899

    BUGBEE & CONKLE, LLP


By /s/ Carl E. Habekost
    Carl E. Habekost
    Local Counsel for Defendant
    Cardinal Compliance Consultants, LLC


BUGBEE & CONKLE, LLP


By /s/ Elizabeth L. Bolduc
    Elizabeth L. Bolduc
    Local Counsel for Defendant
    Cardinal Compliance Consultants, LLC

-3-

## **CERTIFICATE OF SERVICE**

This is to certify that on this 10th day of July, 2018, a copy of the foregoing Motion to Admit Paige T. Bennett *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    BUGBEE & CONKLE, LLP

                    By /s/ Carl E. Habekost
                        Carl E. Habekost
                        Local Counsel for Defendant
                        Cardinal Compliance Consultants, LLC

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Paige Taylor Bennett**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2015.

I further certify that the records of this office show that, as of this date

**Paige Taylor Bennett**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of July, 2018.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 5633C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.