IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID BASS, on Behalf of Himself and All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § § § | CIVIL ACTION NO. 3:18-cv-01391 |
| CARDINAL COMPLIANCE CONSULTANTS, LLC, § § § § | |
| Defendant. § | |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION

On this day, the Court considered the Parties' Joint Motion for Final Approval of Class Action Settlement ("Motion"). The Court, having considered the Motion, the fact that the Motion is made by all Parties, the documents on file with the Court Clerk, and the Parties' Confidential Settlement Agreement and General Release ("Agreement"), which was reviewed by the Court *in camera*, finds that there is a bona fide dispute between the Parties regarding Plaintiff's FLSA and OMFWSA claims, the Agreement was reached after arms-length negotiations, and the Agreement is a fair, reasonable, and adequate settlement of this matter. As a result, the Motion is well taken and should be GRANTED. IT IS, THEREFORE

ORDERED that the Parties' Confidential Settlement Agreement and General Release is APPROVED.

SO ORDERED.

Dated: <u>October 11, 2018</u>

_/s/ James G. Carr_____
U.S. District Court Judge
James G. Carr